**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

SAMIR RAHIMI,

Petitioner,

v. No. 2:26-cv-01376-MLG-KRS

Warden of Cibola County Correctional Facility; MARY DE ANDA-YBARRA, El Paso Field Office Director, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; DAVID J. VENTURELLA, Senior Official Performing the Duties of the Director, U.S. Immigration and Customs Enforcement; MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security; TODD BLANCHE, U.S. Attorney General,.

Respondents.

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AND DIRECTING RESPONDENTS TO IMMEDIATELY RELEASE PETITIONER**

This matter is before the Court on Petitioner Samir Rahimi's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 ("Petition"), Doc. 1. Having considered the Petition, and having held a hearing on September 18, 2026, and being otherwise fully informed, the Court finds that it is well taken and should be granted.

For the reasons stated on the record during the September 18, 2026, hearing, Federal Respondents failed to rebut Rahimi's showing that "there is no significant likelihood of removal in the reasonably foreseeable future." *Bejarbaneh v. Mullin*, 1:26-CV-01451-MLG-GJF, 2026 WL 1724942, at *2 (D.N.M. June 12, 2026) (internal quotation marks omitted) (quoting *Zadvydas v. Davis*, 533 U.S. 678, 701 (2001)). His continued detention is therefore "unreasonable and no

longer authorized by statute." *Id.* (internal quotation marks omitted) (quoting *Zadvydas*, 533 U.S. at 699-700)).

Rahimi must be released within forty-eight hours of the entry of this Order. Rahimi shall be released with all of his property, including identification documentation, that was in his possession when he was detained by Respondents, along with a copy of this Order.

It is so ordered.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA